UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STACEY LYNN SHANAHAN,

    Petitioner,

v.                                         Case No. 4:20-cv-267-AW/MJF

WARDEN K. STRONG,

    Respondent.

_____/

## ORDER

I have considered the magistrate judge's Report and Recommendation dated September 10, 2020. (ECF No. 11). No objections have been filed. The Report and Recommendation is now adopted and incorporated by reference here. The clerk will enter a judgment that says "This case is DISMISSED without prejudice for Petitioner's failure to pay the filing fee and failure to comply with three court orders." The clerk will then close the file.

SO ORDERED on October 13, 2020.

                                                 s/ *Allen Winsor*
                                                 United States District Judge